## THE ELIZA HANCOX *v.* LANGDON.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF GEORGIA.

No. 36.   Argued November 9 and 10, 1875.—Decided November 15, 1875.

The decree below is affirmed on the facts.

Mr. Chief. Justice Waite delivered the opinion of the court.

This is one of a class of cases in admiralty, in which appeals are taken to this court upon questions of fact when there have been two concurring opinions in the court below. We think the finding below, as to the culpable fault of the Hancox, was clearly right, and are not satisfied that, as to the damages, it was wrong.

The decree of the Circuit Court is      *Affirmed.*

*Mr. E. C. Benedict* and *Mr. Robert Failigant* for appellant.

*Mr. Rufus E. Lester* and *Mr. William U. Garrard* for appellee.